No. —, original. EX PARTE IN THE MATTER OF CITY OF NEW YORK, TRANSIT COMMISSION, AND JOHN F. GILCHRIST ET AL., ETC. January 3, 1927. The motion for leave to file petition for writs of mandamus and/or pro-

hibition and/or certiorari is denied. *Messrs. George P. Nicholson, George H. Stover, Clarence M. Lewis,* and *William G. Fullen* for petitioners.